IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SUZANNAH META SCHMID,

    Plaintiff,

v.

BANK OF AMERICA, N.A. and
ASSOCIATED BANK, N.A.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-383-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing plaintiff Suzannah Meta Schmid's fraud claim for lack of subject matter jurisdiction.

_____
Peter Oppeneer, Clerk of Court

_8/28/13_
Date